**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000059
09-OCT-2020
07:52 AM**

NO. CAAP-18-0000059

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STERLING JEROME KIM, Plaintiff-Appellee,
v.
JASMINE YOUNG KIM, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(Case No. FC-D 14-1-0784)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" filed October 2, 2020, by Plaintiff-Appellee Sterling Jerome Kim and Defendant-Appellant Jasmine Young Kim, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and state there are no attorneys' fees or costs on appeal outstanding; (3) the stipulation is dated and signed by counsel for all represented parties and by all self-represented parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation for dismissal of the appeal is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, October 9, 2020.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge